# UNITED STATES DISTRICT COURT
Western District of Pennsylvania

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| JEFFREY MCGURK | ) | Case No. 2:17-cr-230-NBF-1 & 2:17-cr-266-NBF-1 |
| | ) | USM No. 49286-066 |
| | ) | William H. Difenderfer |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shallnot commit another federal state or local crime | 02/10/2020 |
| 2 | Defendant shall not leave the judicial district without permission of the court or probation officer | 02/06/2020 |
| 3 | Defendant is prohibited from incurring any new credit | 02/10/2020 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s) __1-3__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6490

Defendant's Year of Birth: 1972

City and State of Defendant's Residence:
N/A

02/12/2021
Date of Imposition of Judgment

s/Nora Barry Fischer
Signature of Judge

Nora Barry Fischer, Senior U.S. District Judge
Name and Title of Judge

02/12/2021
Date

# ADDITIONAL VIOLATIONS

| **Violation Number** | **Nature of Violation** | **Violation Concluded** |
|---|---|---|
| | charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for any restitution obligation. | |