IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Criminal No. 17-230 & 17-266 |
| | ) | |
| JEFFREY MCGURK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 12th day of February, 2021, the Court having conducted a Supervised Release Violation Hearing on this date, and finding that the Defendant did not commit the alleged violations of supervised release, as is reflected in the accompanying Judgments, and for reasons stated on the record,

IT IS HEREBY ORDERED that the terms of supervised release imposed in the Judgments issued on January 8, 2020 in Crim. Nos. 17-230 & 17-266 are TERMINATED;

IT IS FURTHER ORDERED that Defendant Jeffrey McGurk shall be released from custody of the U.S. Marshal Service, forthwith.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Steven Kaufman, AUSA
William Difenderfer, Esq.
Jeffrey McGurk (c/o William Difenderfer, Esq.)
U.S. Probation Office
U.S. Marshal Service